DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| THOMAS JEROME STEWART | Case No. 05-57672 ASW |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487611 for an unclaimed dividend in the amount of $1.66. The name and address of the claimant entitled to the unclaimed dividend is as follows;

THOMAS JEROME STEWART
201 S FOURTH ST #623
SAN JOSE, CA 95112

Dated: April 05, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE